UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TRUSTEES OF THE NORTH ATLANTIC STATES
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, AND LABOR MANAGEMENT
COOPERATION FUNDS,

                                      Petitioners,

-against-

GREENEBUILD LLC,

                                      Respondent.
-----------------------------------------------------------------------X

For Online Publication Only

**ORDER**
24-CV-7953 (JMA) (ST)

FILED
CLERK
9/10/2025 3:28 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

Before the Court is the unopposed motion of Petitioners Trustees of the North Atlantic States Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds to confirm and enforce an arbitration award issued against Respondent Greenebuild LLC ("Respondent") on October 19, 2024 (the "Arbitration Award"). (Petition ("Pet."), ECF No. 1.) The Arbitration Award directs Respondent to pay Petitioners the sum of $44,004.87, consisting of:

- delinquent contributions of $33,348.12;
- current interest of $792.54;
- late payment interest of $1,444.59;
- liquidated damages of $6,669.62;
- attorneys' fees of $950, plus interest at the rate of 10% from the date of the Award; and
- the arbitrator's fee of $800.

(Pet., ECF No. 1, Ex. E.)

Respondent was served with the summons and Petition by service upon the New York State Secretary of State on November 18, 2024, (see ECF No. 8), and was additionally served as a

courtesy via e-mail and certified mail on November 19, 2024. (See ECF No. 9.) Respondent has not responded to the Petition.

Petitioners now ask the Court to: (1) confirm the Arbitration Award; (2) award Petitioners the balance of $44,004.87 pursuant to the Arbitration Award; (3) award Petitioners interest on the attorneys' fees contained in the Award at the rate of 10% from October 19, 2024, the date of the Award, through date of judgment; and (4) award Petitioners $1,470 in attorneys' fees and costs. (Pet. at 7.) Because Respondent has not answered the Petition, the Court treats the Petition as an unopposed motion for summary judgment. See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the Petition, and its supporting documents, the Court grants Petitioners summary judgment and confirms the Arbitration Award as to the balance of $44,004.87. Further, the Court awards Petitioners interest on the attorneys' fees of $950 at the rate of 10% from the date of the Award (October 19, 2024) through the date of judgment. The Clerk of the Court is respectfully directed to calculate such interest and add it to the judgment. Further, the Court awards attorneys' fees and costs arising out of this Petition totaling $1,470. Finally, Petitioners are awarded post-judgment interest. Post-judgment interest should be calculated at the rate provided by 25 U.S.C. § 1961(a) from the date final judgment is entered until the date the judgment is paid.

**SO ORDERED.**
Dated:   September 10, 2025
        Central Islip, New York

                                                  /s/   (JMA)
                                          JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE